UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-CV-20714-KMM

EVA DE ABREU,

    Plaintiff,

v.

FRANCISCO J. FERNANDEZ and F & R
EQUIPMENT & WHOLESALE LLC

    Defendants.

## DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court upon Plaintiff Eva De Abreu's Motion for Default Final Judgment [D.E. 28] against Defendant Francisco J. Fernandez and Plaintiff's Motion for Default Final Judgment [D.E. 20] against Defendant F & R Equipment & Wholesale LLC ("F&R").  Defendants did not file a response and the time in which to do so has passed.

The Clerk of Court has entered default against Fernandez [D.E. 26] and F & R [D.E. 11] for failure to appear, answer, or otherwise plead to the Summons and Complaint served by Plaintiff.  Plaintiff has filed a sworn declaration with the Court, in addition to other documentation, as to the amount due from Fernandez.

UPON CONSIDERATION of the Motions [D.E. 20, 28], the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

    1. Plaintiff's Motions for Default Final Judgment [D.E. 20, 28] are GRANTED.

    2. Final Judgment is hereby entered in favor of Plaintiff and against Defendants

    Fernandez and F&R.

3. Plaintiff shall recover from the Defendants the amount of $249,369.00 on Plaintiff's unjust enrichment, breach of contract, and deceptive and unfair trade practices claims, plus $748,107.00 in treble damages as provided for by Fla. Stat. § 771.11 on Plaintiff's civil theft claim for a total of $997,476.00.

4. This Judgment shall bear interest at the rate provided for by 28 U.S.C. § 1961 from the date of this Order to the date of payment.

5. Plaintiff shall file a separate motion for attorneys' fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida this 8th day of June, 2016.

_____
K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

c: All Counsel of Record